440 A.2d 1262

West Whiteland Mun. Auth., Appellant v. Lisbon Con., et al.

646

Argued January 6, 1981. Daniel L. Thistle, for appellant; George E. Rahn, Jr., for Lisbon, appellee; Robert C. Paul, for Carlgen, appellee; C. Robert Elicker, Jr., for Somerset, appellee; Timothy B. Barnard, for Weston, appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.

Orders affirmed.

PRICE, J., did not participate in the consideration or decision of this case.